UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )
JOSHUA LEWIS, | )
    Plaintiff, | )
| )
v. | ) Civil No. 19-10425-LTS
| )
GEORGE DEMOS, et al., | )
    Defendants. | )
| )

ORDER

May 17, 2019

SOROKIN, J.

On March 7, 2019, plaintiff Joshua Lewis filed his self-prepared complaint and motion to proceed without prepayment of the filing fee. *See* Docket Nos. 1, 2. By Procedural Order dated April 24, 2019, the motion was denied without prejudice to either paying the filing fee or filing a renewed fee-waiver application. *See* Docket No. 4. At that time, the clerk mailed Lewis a copy of the Procedural Order with a blank fee-waiver form. *Id.*

Plaintiff has not responded to the Procedural Order and the time to do so expired. The Supreme Court has recognized that district courts have inherent power to dismiss cases for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted.").

The fact that Lewis failed to respond to the Court's Order suggested that he may have decided not to press his claim. The Court is not required to delay disposition in this case.

Accordingly, it is hereby ORDERED

1.      This action is DISMISSED without prejudice.

2. The Clerk shall enter a separate order of dismissal.

                                        SO ORDERED.


                                         /s/ Leo T. Sorokin
                                        Leo T. Sorokin
                                        United States District Judge